**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| ANTHONY HERMAN LUCIO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 5:24-cv-00079-RWS-JBB |
| WARDEN, FCI-TEXARKANA, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Anthony Herman Lucio's petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging the legality of his continued confinement. Docket No. 1. The case was referred to United States Magistrate Judge Boone Baxter in accordance with 28 U.S.C. § 636.

On April 6, 2026, the Magistrate Judge issued a Report and Recommendation, recommending the above-styled petition for the writ of habeas corpus be dismissed with prejudice as to the jurisdictional issue and without prejudice as to all other issues. Docket No. 13. The Magistrate Judge further recommended the dismissal should not prevent Petitioner from challenging the legality of his conviction through any lawful means, including but not limited to the seeking of leave from the Fifth Circuit Court of Appeals to file a successive § 2255 proceeding in the court of proper jurisdiction. *Id.* at 5. Petitioner acknowledged receipt of the Report on April 14, 2026. Docket No. 14. To date, no objections have been filed.

Because no objections have been received, Petitioner is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville,*

*Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in the above-captioned case and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 13) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the above-captioned petition for writ of habeas corpus is **DISMISSED** with prejudice as to the jurisdictional issue and without prejudice as to all other issues. The dismissal of this petition shall not prevent Petitioner from challenging the legality of his conviction through any lawful means, including but not limited to the seeking of leave from the Fifth Circuit Court of Appeals to file a successive § 2255 proceeding in the court of proper jurisdiction.

**So ORDERED and SIGNED this 18th day of May, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE